**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 20-cv-00309-CMA-SKC

LINDA SIM,

    Plaintiff,

v.

PBS BRAND CO., LLC, *d/b/a* PUNCH BOWL SOCIAL,
SEASONED DEVELOPMENT, LLC, and
ROBERT THOMPSON,

    Defendants.

---

**ORDER TO SHOW CAUSE RETURNABLE BY JEFFREY S. VAIL**

---

On January 19, 2021, this Court ordered Plaintiff to file a status report every 90 days informing the Court of the status of the bankruptcy matter. (Doc. # 77.) To date, Plaintiff has failed to file any status reports and, thus, has failed to comply with this Court's January 19, 2021 Order.

Plaintiff is represented by Jeffrey S. Vail of Vail Law LLC. On April 28, 2021, Defendants jointly filed a status report that indicates "[t]he last communication counsel for Defendants received from Plaintiff's counsel, Jeff Vail, was on January 7, 2021. Although no motion to withdraw has been filed, Mr. Vail's website . . . states 'Vail Law is permanently closed.'" (Doc. # 81 at 2.) Therefore, it is

ORDERED that Plaintiff's counsel, Jeffrey S. Vail, **shall show cause in writing by <u>May 12, 2021</u>**, why this Court should not impose sanctions for his failure to comply

with the Court's January 19, 2021 Order. Such sanctions would include reporting Mr. Vail to the Committee on Conduct and/or the Colorado Office of Attorney Regulation Counsel.

DATED: May 4, 2021

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge