IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00309-CMA-SKC

LINDA SIM,

    Plaintiff,

    v.

PBS HOLDCO, LLC dba PUNCH BOWL SOCIAL;
PBS BRAND CO. LLC dba PUNCH BOWL SOCIAL;
1 SEASONED DEVELOPMENT, LLC and;
ROBERT THOMPSON,

    Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff, Linda Sim.

    DATED at Las Vegas, Nevada this 11th day of May, 2021.

    **SHAWN R. PEREZ, ESQ.**
7121 West Craig Rd., #113-38
Las Vegas, NV 89129
(702) 485-3977
Shawn711@msn.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

bo@federlawfirm.com
godfrey@gojolaw.com
jvail@vail-law.com


I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

N/A


*s/ Shawn R. Perez, Esq.*