IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00309-CMA-SKC

LINDA SIM,

    Plaintiff,

v.

PBS HOLDCO, LLC dba PUNCH BOWL SOCIAL;
PBS BRAND CO. LLC dba PUNCH BOWL SOCIAL;
SEASONED DEVELOPMENT, LLC and;
ROBERT THOMPSON,

    Defendants.

## STATUS REPORT

Plaintiff Linda, by and through undersigned counsel, Shawn R. Perez, hereby submits the following status report:

On January 19, 2021, the Court entered an order (Doc. #77) staying this case as to Defendant PBS Brand Co. LLC. The Court ordered Plaintiff to file a Status Report every 90 days from the date of the order keeping the Court informed regarding the status of the bankruptcy matter; and within 10 days of an order granting relief from the automatic stay.

Magistrate Judge Crews applied the stay to all four defendants and, on February 10, 2021, entered orders (Docs. #78-80) finding all outstanding motions moot pending resolution of the bankruptcy matter.

It is the understanding of counsel for Plaintiff that the bankruptcy case of Brand Co. remains pending, and there have been no orders granting relief from the automatic stay.

The Undersigned counsel entered his appearance concurrently with this status report due to Plaintiff's prior counsel's lack of contact with the Plaintiff.

The last communication received by Plaintiff from her prior counsel, Jeff Vail, was on January 7, 2021. Undersigned counsel is not aware that prior counsel filed a motion to withdraw. Mr. Vail's website, https://www.vail-law.com/, states "Vail Law is permanently closed."

DATED at Las Vegas, Nevada this 11th day of May, 2021.

                            **SHAWN R. PEREZ, ESQ.**
                            7121 West Craig Rd., #113-38
                            Las Vegas, NV 89129
                            (702) 485-3977
                            Shawn711@msn.com
                            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

bo@federlawfirm.com
godfrey@gojolaw.com
jvail@vail-law.com

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

N/A

                                                   *s/ Shawn R. Perez, Esq.*